IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. OTHMANE M. ALAMI, and other persons similarly situated and too numerous | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-2001-1300-M |
| KAPLAN INC., et al., | ) ) ) |
| Defendants. | ) |

**FILED**
SEP 13 2001
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

**DOCKETED**

## ORDER

On application of the defendant Federation of State Medical Boards of the United States, Inc. and for good cause shown, the Court hereby grants the Agreed Motion for Extension of Time to Answer or Otherwise Plead. The defendant Federation of State Medical Boards of the United States, Inc. shall answer or otherwise plead by Monday, November 12, 2001.

IT IS SO ORDERED this 13th day of September, 2001.

VICKI MILES-LaGRANGE
United States District Court Judge

1010863.1