## IN THE UNITED STATED DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**
SEP 1 7 2001
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

DOCKETED

| | |
|---|---|
| DR. OTHMANE M. ALAMI, and all other persons similarly situated and too numerous to name,<br><br>Plaintiffs,<br><br>vs.<br><br>KAPLAN INC., THE EDUCATIONAL SUBSIDIARY OF THE WASHINGTON POST COMPANY, a Delaware Corporation, SHERRI SEGNAR, SHAWNNA BOREN, BOBBIE ZIMMERMAN, HEATHER MYERS, and HOWARD BENSON, individually, FEDERATION OF STATE MEDICAL BOARDS OF THE UNITED STATES, INC., and THE NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>Defendants. | Case No. CIV-2001-1300-M |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME
### TO RESPOND TO MOTION TO DISMISS

This matter came on for hearing upon the application of Plaintiffs to extend the time to respond to Defendants' (Kaplan, Inc., Sherri Segnar, Shawnna Boren, Bobbie Zimmerman, Heather Myers and Howard Benson) Motion to Dismiss from September 28, 2001 to October 22, 2001. The Court upon consideration of the application FINDS that an order shall issue as prayed.

**IT IS THEREFORE ORDERD** by the Court that Plaintiffs have until October 22, 2001 to respond to Defendants' (Kaplan, Inc., Sherri Segnar, Shawnna Boren, Bobbie Zimmerman, Heather Myers and Howard Benson) Motion to Dismiss.

Vicki Miles-La Grange, District Judge

