IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

OCT 0 3 2001

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

| | |
|---|---|
| DR. OTHMANE M. ALAMI, and all other persons similarly situated and too numerous to name, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. CIV-2001-1300-M |
| KAPLAN INC., THE EDUCATIONAL SUBSIDIARY OF THE WASHINGTON POST COMPANY, a Delaware Corporation, SHERRI SEGNAR, SHAWNNA BOREN, BOBBIE ZIMMERMAN, HEATHER MYERS, and HOWARD BENSON, individually, FEDERATION OF STATE MEDICAL BOARDS OF THE UNITED STATES, INC., and THE NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

DOCKETED

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter came on for hearing upon the motion of Plaintiffs to dismiss the National Board of Medical Examiners and the Federation of State Medical Boards of the United States, Inc. without prejudice.

The Court upon consideration of the application FINDS that an order shall issue as prayed.

**IT IS THEREFORE ORDERED** by the Court that the National Board of Medical Examiners and the Federation of State Medical Boards of the United States, Inc. are dismissed without prejudice.

Dated this 3rd day of October, 2001.

Vicki Miles-La Grange
United States District Judge

ENTERED ON JUDGMENT DOCKET ON 10-3-

-1-