IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. OTHMANE M. ALAMI,<br>and all other persons similarly situated<br>and too numerous to name,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>KAPLAN INC., THE EDUCATIONAL<br>SUBSIDIARY OF THE WASHINGTON POST<br>COMPANY, a Delaware Corporation,<br>SHERRI SEGNAR, SHAWNNA BOREN,<br>BOBBIE ZIMMERMAN, HEATHER MYERS,<br>and HOWARD BENSON, individually,<br>FEDERATION OF STATE MEDICAL<br>BOARDS OF THE UNITED STATES, INC.,<br>and THE NATIONAL BOARD OF MEDICAL<br>EXAMINERS,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. CIV-2001-1300-M<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ALLOWING LEAVE TO FILE RESPONSE BRIEF
IN EXCESS OF 25 (TWENTY-FIVE) PAGES**

This matter came on for hearing upon Motion of the Plaintiffs for leave to file a response brief to Defendants' Motion to Dismiss in excess of 25 (twenty-five) pages.

The Court, upon consideration of the Motion, **FINDS** and Order should issue as prayed.

**IT IS THEREFORE ORDERED** that Plaintiffs be granted leave to file their response brief in excess of the 25 (twenty-five) page rule L.CvR. 7.2(c).

Dated this 22nd day of October, 2001.

　　　　　　　　　　　　　　　　　　　Vicki Miles-La Grange
　　　　　　　　　　　　　　　　　　　United States District Judge