**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

Room 1210, U.S. Courthouse
Oklahoma City, Oklahoma 73102

Date:

FILED

DEC 2 6 2001

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

**ENTER ORDER:**

The following cases are hereby transferred to the Honorable Joe Heaton.  Please note that for future filings in these cases, the letter at the end of the case number should now be an "HE" rather than an "M".  This is important to insure the prompt distribution of pleadings to the proper judge.

Eldridge v. Associates Financial Services Co., Inc., et al. - CIV-01-342
Ahrens v. Ford Motor Co., et al. - CIV-01-398
Boatright, et al. v. Carrabba's Italian Grill, Inc., et al. - CIV-01-988
Hill v. Board of County Commissioners of Oklahoma County, et al. - CIV-01-1292
Work v. International Software Consultant, Inc., et al. - CIV-01-1184
Skurnack, et al. v. Thomas, et al. - CIV-01-1276
✓Alami, et al. v. Kaplan, Inc., et al. - CIV-01-1300
Forbes v. Phoenix Home Life Mutual Ins. Co., et al. - CIV-01-1760
Williams v. Oklahoma County Sheriff's Department, et al. - CIV-01-666
Williams v. Oklahoma County Sheriff's Department, et al. - CIV-00-1102
Brandt v. Oy Uponor Ab, et al. - CIV-01-584
Payne v. Geico Indemnity Co. - CIV-01-1414
Gallagher v. United Parcel Service - CIV-01-1524
Jones v. Metropolitan Life Ins. Co. - CIV-01-1222
Fiebig v. Ionex TeleCommunications Inc. - CIV-01-1576
Black v. Heartland Care Hospice LLC - CIV-01-716
Stanfield v. State of Oklahoma, et al. - CIV-01-1476
Buffington v. Saffle, et al. - CIV-01-1490
Oxley v. SKF USA, Inc., et al. - CIV-01-1634
Hightower, et al. v. Emergency Medical Services Authority, et al. - CIV-00-496
Howie v. Warr Acres - CIV-01-1397
Perkins v. Spectracite - CIV-01-993
Schroeder v. Southwest Airlines - CIV-01-1185
Legacy Bank v. Adabie - CIV-01-1217
Wade, et al. v. Wholesale Grocers, Inc. - CIV-00-1733
Starr v. Dillard Department Store - CIV-01-365
Sabolich v. Cloud - CIV-99-1729
Foss, et al., v. Conseco, Inc., et al. - CIV-00-1743
Gossoo v. Palermo - CIV-01-819
Nail v. Palermo - CIV-01-820

28

Chickasaw Technology Products v. Devlin Energy Group - 01-1147
Brazeu v. Madden Portable Buildings - CIV-01-1379
Rhodes v. Goodwill - CIV-01-1407
Nichols v. Bridgestone - CIV-01-1237
Henry v. Brown - CIV-01-1289
Pinnacle Business Systems v. Bishop - CIV-01-1607
Williams v. Hudson - CIV-99-1600
Stapleton v. Mitsubishi Motors of America - CIV-01-831
Bentley v. McClain County - CIV-01-679
McCoy v. Smith - CIV-01-1403

Please change your records accordingly.

**By direction of Judge Vicki Miles-LaGrange, we have entered the above enter order.**

Robert D. Dennis, Clerk

By: _Spaulding_

Deputy Clerk

cc:     all parties