IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Date: December 27, 2001

FILED
DEC 2 7 2001
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

OTHMANE M. ALAMI, Dr., et al.,        )
                                      )
                    Plaintiffs,       )
                                      )
        vs.                           )   NO. CIV-01-1300-HE
                                      )
KAPLAN, INC., et al.,                 )
                                      )
                    Defendants.       )

ENTER ORDER:

    After the defendants filed a motion to dismiss [doc. no. 12], the plaintiff was granted leave to filed an amended complaint. Although that pleading [doc. no. 26] mooted the motion to dismiss, the defendants subsequently responded to the amended complaint by reurging their motion. The plaintiff has not responded to the reurged motion and is directed by Friday, January 4, 2002 to file a responsive pleading, which may include the adoption of his October 19, 2001 brief. Otherwise the motion will be deemed confessed. LCvR7.2(e).

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE JOE HEATON.

                                       **Robert D. Dennis, Clerk**

                                       By: _____

                                             **Deputy Clerk**

Copies to all parties of record

