

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Date: January __, 2002

OTHMANE M. ALAMI, Dr., et al.,   )
                                 )
                    Plaintiffs,  )
                                 )
vs.                              )   NO. CIV-01-1300-HE
                                 )
KAPLAN, INC., et al.,            )
                                 )
                    Defendants.  )

**FILED**

JAN 0 4 2002

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

DOCKETED

ENTER ORDER:

    The plaintiff has filed a motion seeking leave to file a brief in excess of 25 pages. For good cause shown, the motion is granted. The plaintiff may file an oversized brief, but it is not to exceed 30 pages.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE JOE HEATON.

                                                          **Robert D. Dennis, Clerk**

                                                          By: _____

                                                              **Deputy Clerk**

Copies to all parties of record