IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Dr. Othmane Alami, )
_____ )
Plaintiff )
)
vs. ) Case No. CIV-01-1300-HE
)
Kaplan, Inc )
_____ , ) MARCH 2003 Trial Docket
Defendant )

## SCHEDULING ORDER

Date 6/4/02      Judge Joe Heaton       Clerk Janet Wright

Appearing for Plaintiff   Robyn Assaf

Appearing for Defendant   James Waldo

Jury Trial Demanded   ✓        Non-Jury Trial _____

**THE FOLLOWING DEADLINES ARE SET BY THE COURT**

1. Motions to join additional parties to be filed by 11-01-02.

2. Motions to amend pleadings to be filed by 11-01-02.

3. (a) Plaintiff to submit to defendant **final** list of **expert witness(es) in chief and expert reports** by ~~10-15-02~~ 10-1-02.*

   (b) Defendant to submit to plaintiff **final** list of **expert witness(es) in chief and expert reports** by ~~11-01-02~~ 10-15-02.*

4. (a) Plaintiff to submit to defendant **final** list of **witnesses** in chief, including expert witnesses, together with addresses and brief summary of expected testimony where witness has not already been deposed by 11-01-02.*

   (b) Defendant to submit **final** list of **witnesses** (as described above) 10 days thereafter.*

5. (a) Plaintiff to submit to defendant **final exhibit** list and any exhibits not previously submitted by 11-01-02.*

   (b) Defendant to submit **final exhibit** list and any exhibits not previously submitted 10 days thereafter.*

   *[The exchange of witnesses and exhibits shall be by letter with two copies of the letter of transmittal to be submitted to the Clerk of this Court for filing. Except for good cause shown, no witness shall be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was listed in the letter of transmittal.]

6. Discovery to be completed by 12-01-02.

7. All dispositive motions to be filed by 12-15-02.

8. Trial docket MARCH 2003**

   **[Trial dockets generally begin the second Monday of each month; however, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.]

9. Motions in limine to be filed by 02-01-03. Responses due 5 days thereafter.

10. Required voir dire to be filed by ___3-01-03___.

11. Trial briefs to be filed by ___3-01-03___.

12. Requested jury instructions to be filed on or before ___3-01-03___ ***

13. NON-JURY CASES ONLY: Proposed findings and conclusions of law to be filed no later than ___3-01-03___ ***

***[The parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law not only in paper form for filing, but also on a 3½-inch diskette in a court compatible Word Perfect format. The disk should be placed in an envelope and attached to the COPY of the jury instructions or proposed findings of fact and conclusions of law, whichever is applicable, when filing.]

14. Any objections to the above trial submissions to be filed 5 days thereafter.

15. Proposed final pretrial report, approved by all counsel, **and in full compliance** with Local Rules (see Appendix IV), to be submitted to the Court by ___02-01-03___.

16. This case is referred to the following ADR/settlement process
    ___ by agreement of the parties;
    _X_ by Order/~~Approval~~ of the Court:

    (a) _X_ Mediation;
    (b) ___ Early Neutral Evaluation;
    (c) ___ Non-Binding Arbitration: ___ Mandatory; ___ Consensual
        ___ Exempted by Court
    (d) ___ "Cost Reduction Trial Track"
    (e) ___ Other _____

    The session or hearing shall be held on, by or between
    _Conduct hrng + report back by 8-1-02_.

17. <u>Please note</u> that a judicial settlement conference will be scheduled in every case by the settlement magistrate judge before the scheduled trial date.

18. ____ The parties consent to trial by a Magistrate Judge.

19. Voluntary disclosure pursuant to LCvR26.2 has been made ____; is excused ____; or shall be made no later than _____.

20. Other: _Ptys to_ ~~agreement~~ _Select mediator by 7-1-02_

BY ORDER OF THE COURT
ROBERT D. DENNIS, CLERK

By: _____
          Deputy Clerk