**FILED**
JUL 0 1 2002
ROBERT D. DENNIS
U.S. DIST. COURT, WESTERN DIST OF OKLA.
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DR. OTHMANE ALAMI )
)
Plaintiff(s) )
v )   Case No. CIV- 01-1300-HE . MED
)
)
KAPLAN, INC. et al.   Defendant(s) )

## SELECTION OF AND ORDER APPOINTING MEDIATOR AND SETTING MEDIATION

### SELECTION OF MEDIATOR

In accordance with LCvR16.3 Supp. § 3.1, et seq. Mediation, the following mediator is either (please check)
☒ selected by the parties from the list of the Court's panel of mediators; or ☐ selected and agreed to by the parties

Mediator _____
Address _____
Tel. No. _____

_____ Counsel for Plaintiff     _____ Counsel for Defendant

**NOTE:** Unless otherwise agreed at the status conference or directed by the Court, Selection and Arrangements with the Mediator must be made within **10 days** of the Scheduling Order or other order referring the case to Mediation and submitted on this form and filed with the Court Clerk's Office. For mediator information, see website at www.okwd.uscourts.gov.

### ORDER APPOINTING MEDIATOR AND SETTING MEDIATION SESSION

Judge _____, having referred this case to mediation, directs the Clerk to enter this Order.

**MEDIATOR:** _____, an approved member of the Court's Panel of Mediators, and/or selected and agreed to by the parties and hereby authorized by the Court, is appointed for this case.

**DATE and TIME:** The mediation session is to be held on _____ 200_, at ____ __. m.

**PLACE:** _____
_____
_____

Memoranda for **Mediation** are due to the mediator 3 days prior to the mediation session. (LCvR16.3 Supp § 3.4) Attendance at the session of the proper parties or representatives with **FULL SETTLEMENT AUTHORITY** is required. (LCvR16.3 Supp. § 3.3). There shall be no continuance of the mediation session beyond the time set in the Order of Referral except by order of the Court upon a showing of good cause. Counsel are directed to advise the mediator, Court and mediation staff of any settlement prior to mediation. Counsel are responsible for providing the mediator with all relevant documents prior to the mediation session. The ADR Report must be returned on the Court approved form immediately following the mediation session.

NANCY E. METCALF
Date
JUL -1 2002

Robert D. Dennis, Clerk
BY _____
Deputy Clerk

Rev. 5/01