IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

AUG 0 5 2002

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | |
|---|---|
| DR. OTHMANE M. ALAMI, )<br>and all other persons similarly situated )<br>and too numerous to name, )<br>   )<br>Plaintiffs, )<br>   )<br>vs. )<br>   )<br>KAPLAN INC., THE EDUCATIONAL )<br>SUBSIDIARY OF THE WASHINGTON POST )<br>COMPANY, a Delaware Corporation, )<br>SHERRI SEGNAR, SHAWNNA BOREN, )<br>BOBBIE ZIMMERMAN, HEATHER )<br>MYERS, and HOWARD BENSON, individually, )<br>   )<br>Defendants. ) | Case No. CIV-2001-1300-HE<br>Class Action |

### ORDER

Plaintiff Othman Alami has filed a Motion requesting an extension of time to complete Mediation. The Defendant does not oppose Plaintiffs request for an extension.

Accordingly, the plaintiff's motion is GRANTED and the time to complete the mediation is extended until August 31, 2002.

IT IS SO ORDERED this 5th day of July, 2002.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

C:\CLIENTS\K\KAPLAN\motiontoextendtimetocompletemediation.wpd