IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

OTHMANE ALAMI )
  Plaintiffs, )
v. ) NO. CIV-01-1300-HE
KAPLAN, INC., et al )
  Defendant. )

**ADMINISTRATIVE CLOSING ORDER**

The Court is advised by counsel that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within **thirty (30) days** from the date of this order, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this 29th day of August, 2002.

JOE HEATON
UNITED STATES DISTRICT COURT