IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
SEP 27 2002
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | |
|---|---|
| DR. OTHMANE M. ALAMI,<br>and all other person similarly<br>situated and too numerous<br>to name,<br><br>              Plaintiffs,<br><br>    - vs -<br><br>(1) KAPLAN, INC., THE<br>EDUCATIONAL SUBSIDIARY OF THE<br>WASHINGTON POST COMPANY, a<br>Delaware Corporation,<br>(2) SHERRI SEGNAR, (3) SHAWNNA<br>BOREN, (4) BOBBIE ZIMMERMAN,<br>(5) HEATHER MYERS and<br>(6) HOWARD BENSON, individually,<br><br>              Defendants. | Case No. CIV-2001-1300-HE |

DOCKETED

## ORDER

The Court, having considered the defendants' unopposed Motion to Extend Time for Compliance With Administrative Closing Order, and being fully advised, finds that said motion should be granted.

**IT IS THEREFORE ORDERED** that the deadline for compliance with the Administrative Closing Order filed herein on August 29, 2002, is extended an additional thirty (30) days to and including October 29, 2002.

_____
UNITED STATES DISTRICT JUDGE