IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

**DOCKETED**

**FILED**

OCT 3 0 2002

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | |
|---|---|
| DR. OTHMANE M. ALAMI,<br>and all other person similarly<br>situated and too numerous<br>to name,<br><br>      Plaintiffs,<br><br>    - vs -<br><br>(1) KAPLAN, INC., THE<br>EDUCATIONAL SUBSIDIARY OF THE<br>WASHINGTON POST COMPANY, a<br>Delaware Corporation,<br>(2) SHERRI SEGNAR, (3) SHAWNNA<br>BOREN, (4) BOBBIE ZIMMERMAN,<br>(5) HEATHER MYERS and<br>(6) HOWARD BENSON, individually,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-2001-1300-HE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL

It is hereby stipulated that the above-entitled action be dismissed with prejudice and with each party to bear its own costs and attorney's fees, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

           _____
           R. ROBYN ASSAF - OBA #15180
           4312 North Classen Boulevard
           Oklahoma City, Oklahoma 73118
           Telephone: (405) 525-0777
           Facsimile: (405) 557-0777

           ATTORNEY FOR PLAINTIFF

49

MOCK, SCHWABE, WALDO, ELDER,
  REEVES & BRYANT
A Professional Limited
  Liability Company

By: *[signature]*
James R. Waldo - OBA #9278

Fourteenth Floor
Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma  73102
Telephone: (405) 235-1110
Facsimile: (405) 235-1692

ATTORNEYS FOR DEFENDANTS